UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

KAY WILLEY,

    Plaintiff,

-vs-                                  Case No. 23-12933
                                         Hon. Shalina D. Kumar

LKQ GLOBAL LLC,

    Defendant.

## JUDGMENT AGAINST LKQ GLOBAL LLC

This matter having come before the court on Plaintiff's Motion for Entry of Default Judgment against LKQ GLOBAL LLC, and the Court having granted the motion, **IT IS ORDERED AND ADJUDGED** that Judgment shall enter in favor of KAY WILLEY and against LKQ GLOBAL LLC in the amount of $99,887.00.

**SO ORDERED**.

                                                        s/Shalina D. Kumar
                                                        Hon. Shalina D. Kumar
                                                        United States District Judge

Entered at Flint, Michigan on June 14, 2024.